No. 88–1987. PENNSYLVANIA *v.* ZOOK. Sup. Ct. Pa. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 88–2068. PERRETTI, ATTORNEY GENERAL OF NEW JERSEY *v.* FULLER. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ██

No. 88–2079. ILLINOIS *v.* MAHAFFEY. Sup. Ct. Ill. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 89–87. OHIO *v.* HOWARD. Sup. Ct. Ohio. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 88–1899. LEVINE *v.* HEFFERNAN, CHIEF JUSTICE, SUPREME COURT OF WISCONSIN, ET AL. C. A. 7th Cir. Motion of National Right to Work Legal Defense Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied. ██

No. 88–1982. CAMER ET AL. *v.* SEATTLE SCHOOL DISTRICT No. 1 ET AL. Ct. App. Wash. Motion of Eben Carlson for leave to file a brief as *amicus curiae* granted. Certiorari denied. ██

No. 88–2000. COWPER, GOVERNOR OF ALASKA, ET AL. *v.* SECRETARY OF THE INTERIOR ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BLACKMUN would grant certiorari. 

No. 88–2023. ELLIS *v.* MUMFORD ET AL. C. A. 11th Cir. Motion of respondents for damages denied. Certiorari denied.